UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

    Michael S. Anthony
    and Lori A. Anthony

                                                        Case No. 21-21431-BEH
                                                                          Chapter 13
                  Debtor(s).

## NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

*Michael Anthony and Lori Anthony (Debtors)* filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

                        Clerk of Bankruptcy Court
                        517 E. Wisconsin Avenue
                              Room 126
                        Milwaukee, WI 53202-4581

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

*Jennifer Chamberlain*
*1345 West Mason Street, Suite 102*
*Green Bay, WI 54303*
*920-430-0955*
*Jennifer@vclawoffice.com*

1

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

    _X_ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
    ___ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

    2.1 Plan payments to be $1524 per month for 60 months

    2.5 Total estimated payments to be $91,411

    3.1 Amount of Arrearage and Estimated total payments by trustee to be $58,375

    4.2 Estimated trustee's fees to be $5980

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

**CERTIFICATION**

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted on 5/7/21.

/s/Michael S. Anthony
*Michael S. Anthony*
Debtor

/s/Lori A. Anthony
*Lori A. Anthony*
Joint Debtor

/s/ Jennifer Chamberlain
*Jennifer Chamberlain*
Attorney for Debtors
*Vann and Chamberlain*
*1345 West Mason Street, Ste. 102*
*Green Bay, WI 54303*
*920-430-0955*
*Jennifer@vclawoffice.com*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re
**Michael S. Anthony and
Lori A. Anthony,**
        **Debtors.**

**Chapter 13
Case No. 21-21431-BEH**

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2021, debtor's NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

        OFFICE OF THE U.S. TRUSTEE
        REBECCA R. GARCIA

I further certify that on May 7, 2021, I mailed by United States Postal Service the same documents to the creditors listed on the attached creditor matrix.

5/7/2021

Jennifer Chamberlain
Attorneys Vann and Chamberlain, S.C.
1345 West Mason Street, Suite 102
Green Bay, WI 54303
920-430-0955

```
Label Matrix for local noticing          U.S. Bank Trust National Association, not in    (p)AMERICOLLECT INC
0757-2                                   Padgett Law Group                                PO BOX 2080
Case 21-21431-beh                        6267 Old Water Oak Road, Suite 203               MANITOWOC WI 54221-2080
Eastern District of Wisconsin            Tallahassee, FL 32312-3858
Milwaukee
Fri May  7 09:48:02 CDT 2021

(p)ASPEN DENTAL                          Bel regional home medical inc                   Bellin Health Hospital
PO BOX 1578                              1220 E Mason St                                  PO Box 8601
ALBANY NY 12201-1578                     Green Bay, WI  54301-3430                        Carol Stream, IL  60197-8601


Bellin Health Medical Group              Bellin Health Systems, Inc.                     Capital One
PO Box 8601                              744 S Webster Ave                                Attn: Bankruptcy
Carol Stream, IL  60197-8601             Green Bay, WI  54301-3505                        PO Box 30285
                                                                                          Salt Lake City, UT  84130-0285


Capital One Bank USA N                   Credmgmtcntl                                    Credmgmtcntl
PO Box 31293                             1263 Main St Ste 212                             PO Box 1654
Salt Lake City, UT  84131-0293           Green Bay, WI  54302-1341                        Green Bay, WI 54305-1654


Faye Servicing LLC                       Finance Sys                                     Gastroenterology Associates
PO Box 814609                            301 N Jackson St                                 725 S Webster Ave # 303
Dallas, TX  75381-4609                   Green Bay, WI  54301-4938                        Green Bay, WI  54301-3539


Green Bay Emerg Medicine Ser             National Recovery Agen                          Office of the U. S. Trustee
744 S Webster Ave                        2491 Paxton St                                   517 East Wisconsin Ave.
Green Bay, WI  54301-3505                Harrisburg, PA  17111-1036                       Room 430
                                                                                          Milwaukee, WI 53202-4510


Orthopedic Sports Medicine S             Santander Consumer USA                          Santander Consumer USA
2223 Lime Kiln Rd                        Attn: Bankruptcy                                 PO Box 961211
Green Bay, WI  54311-6213                PO Box 961245                                    Fort Worth, TX  76161-0211
                                         Fort Worth, TX 76161-0244


Santander Consumer USA Inc.              U.S. Bank Trust National Association            Jennifer A Chamberlain
1601 Elm St Ste 800                      Fay Servicing, LLC                               Attorneys Vann and Chamberlain, S.C.
Dallas TX 75201-7260                     PO Box 814609                                    1345 West Mason Street, Suite 102
                                         Dallas, TX 75381-4609                            Green Bay, WI 54303-2049


Lori A. Anthony                          Michael S. Anthony                              Rebecca R. Garcia
1071 Rockdale St                         1071 Rockdale St                                 Chapter 13 Trustee
Green Bay, WI 54304-3364                 Green Bay, WI 54304-3364                         PO Box 3170
                                                                                          Oshkosh, WI 54903-3170
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect<br>1851 S Alverno Rd<br>Manitowoc, WI 54220-9208 | (d)Americollect Inc<br>1851 S Alverno Rd<br>Manitowoc, WI 54220-9208 | Aspen Dental<br>2388 S Oneida St<br>Ashwaubenon, WI 54304-5256 |

End of Label Matrix  
Mailable recipients    26  
Bypassed recipients    0  
Total    26