# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:

    Michael S. Anthony                                   Case No. 21-21431
    Lori A. Anthony                                         Chapter 13
                Debtor(s).

## NOTICE AND REQUEST TO MODIFY CONFIRMED CHAPTER 13 PLAN

Debtors', through their attorney, Attorney Jennifer Chamberlain, filed papers with the Court requesting modification of the confirmed Chapter 13 Plan in the above case.

    **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to confirm the modified plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

    File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

Clerk of Bankruptcy Court<br>
517 E. Wisconsin Avenue<br>
Room 126<br>
Milwaukee, WI 53202-4581

    If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and may enter an order confirming the modified plan.

*Attorney Jennifer A. Chamberlain*
*1345 West Mason Street, Ste 110*
*Green Bay, WI 54303*
*920-430-0955*
*Jennifer@vclawoffice.com*

1

Case 21-21431-beh    Doc 50    Filed 12/09/21    Page 1 of 6

# REQUEST TO MODIFY CONFIRMED CHAPTER 13 PLAN

1. The person requesting this plan modification is:
   _X_ the Debtor;
   __ the Chapter 13 Trustee;
   __ the holder of an unsecured claim, Name: _____

The reason for the request is: Debtor Michael Anthony's workplace had a COVID breakout where his plant was shut down for 10 days in November during which he received no pay. During the same month, the debtors incurred a sudden truck repair. Subsequently their dog got extremely sick, causing the debtors to incur medication costs and costs to put the dog down. For these reasons, debtors were unable to make their November plan payment in the amount of $1524 and are requesting suspension of one plan payment.

2. Service: A certificate of service must be filed with this request for plan modification. Designate one of the following:
   _X_ A copy of this proposed modification has been served on the parties (the debtor, the trustee, the United States trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

   __ A motion requesting limited service is being filed simultaneously with the Court.

3. I request the following modification of the Chapter 13 Plan last confirmed by the Court:

   That plan payments be temporarily suspended for one (1) monthly payment beginning November 1, 2021. Payments to resume in December 2021 after the one-payment suspension is complete.

   That the $1524 not paid by the debtors during the suspension be divided and added pro rata to all remaining payments in the plan.

   All remaining terms of the Chapter 13 Plan confirmed on 8/6/2021 are unaffected. In the event of a conflict between the terms of the confirmed Plan and the terms of this modification, the terms of this modification control.

   WHEREFORE, the proponent requests that the Court approve this modification to the confirmed Chapter 13 Plan.

## CERTIFICATION

Each proponent or the attorney for each proponent must sign this certification. If the proponent is the Debtor, the Debtor's attorney must sign this certification, and the Debtor may, but is not required to sign. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this modified Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted.

*(signature)*

Jennifer A. Chamberlain
Attorney for Debtors Michael and Lori Anthony
*Attorneys Vann and Chamberlain, S.C.*
*1345 West Mason Street, Ste 110*
*Green Bay, WI 54303*
*920-430-0955*
*Jennifer@vclawoffice.com*

3

## U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re: Michael S. Anthony
Lori A. Anthony

Case No. 21-21431

Debtor.

Chapter 13

### CERTIFICATE OF SERVICE

On December 9, 2021, I, Attorney Jennifer Chamberlain, served a copy of the Notice and Request to Modify Confirmed Chapter 13 Plan, on the following persons in the following manner:

1. Deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, to the parties:

    (A) listed on the most current mailing matrix, a copy of which is attached to this certificate as Attachment A.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/9/21

Jennifer Chamberlain
Attorneys Vann and Chamberlain, S.C.
1345 West Mason Street, Ste. 110
Green Bay, WI 54303

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americollect
1851 S Alverno Rd
Manitowoc, WI 54220-9208

(d)Americollect Inc
1851 S Alverno Rd
Manitowoc, WI 54220-9208

Aspen Dental
2388 S Oneida St
Ashwaubenon, WI 54304-5256

End of Label Matrix
Mailable recipients   27
Bypassed recipients    0
Total                 27

```
Label Matrix for local noticing            U.S. Bank Trust National Association, not in    U.S. Bank Trust National Association, not in
0757-2                                     Padgett Law Group                                Cummisford, Acevedo & Associates, LLC
Case 21-21431-beh                          6267 Old Water Oak Road, Suite 203               7071 S. 13th Street, Suite #100
Eastern District of Wisconsin              Tallahassee, FL 32312-3858                       Oak Creek, WI 53154-1466
Milwaukee
Thu Dec  9 08:09:51 CST 2021

(p)AMERICOLLECT INC                        (p)ASPEN DENTAL                                  Bel regional home medical inc
PO BOX 2080                                PO BOX 1578                                      1220 E Mason St
MANITOWOC WI 54221-2080                    ALBANY NY 12201-1578                             Green Bay, WI  54301-3430


Bellin Health Hospital                     Bellin Health Medical Group                      Bellin Health Systems, Inc.
PO Box 8601                                PO Box 8601                                      744 S Webster Ave
Carol Stream, IL  60197-8601               Carol Stream, IL  60197-8601                     Green Bay, WI  54301-3505


Capital One                                Capital One Bank USA N                           Credmgmtcntl
Attn: Bankruptcy                           PO Box 31293                                     1263 Main St Ste 212
PO Box 30285                               Salt Lake City, UT  84131-0293                   Green Bay, WI  54302-1341
Salt Lake City, UT  84130-0285


Credmgmtcntl                               Faye Servicing LLC                               Finance Sys
PO Box 1654                                PO Box 814609                                    301 N Jackson St
Green Bay, WI 54305-1654                   Dallas, TX 75381-4609                            Green Bay, WI  54301-4938


Gastroenterology Associates                Green Bay Emerg Medicine Ser                     National Recovery Agen
725 S Webster Ave # 303                    744 S Webster Ave                                2491 Paxton St
Green Bay, WI  54301-3539                  Green Bay, WI  54301-3505                        Harrisburg, PA  17111-1036


Office of the U. S. Trustee                Orthopedic Sports Medicine S                     Santander Consumer USA
517 East Wisconsin Ave.                    2223 Lime Kiln Rd                                Attn: Bankruptcy
Room 430                                   Green Bay, WI  54311-6213                        PO Box 961245
Milwaukee, WI 53202-4510                                                                    Fort Worth, TX  76161-0244


Santander Consumer USA                     Santander Consumer USA Inc.                     U.S. Bank Trust National Association
PO Box 961211                              1601 Elm St Ste 800                              Fay Servicing, LLC
Fort Worth, TX  76161-0211                 Dallas TX 75201-7260                             PO Box 814609
                                                                                            Dallas, TX 75381-4609


Jennifer A Chamberlain                     Lori A. Anthony                                  Michael S. Anthony
Attorneys Vann and Chamberlain, S.C.       1071 Rockdale St                                 1071 Rockdale St
1345 West Mason Street                     Green Bay, WI 54304-3364                         Green Bay, WI 54304-3364
Suite 110
Green Bay, WI 54303-2049


Rebecca R. Garcia
Chapter 13 Trustee
PO Box 3170
Oshkosh, WI 54903-3170
```